**JASON G. REVZIN**
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AGUSTIN GALICIA II,<br><br>    Plaintiff,<br><br>v.<br><br>TRANS UNION LLC,<br><br>    Defendant. | Case No. 2:18-cv-01392-RFB-CWH<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

  Plaintiff Agustin Galicia, II ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

  On July 27, 2018, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is August 20, 2018. The issues in this matter stem from two years ago and Trans Union is working on obtaining all of the relevant documents. Trans Union's counsel will need additional time to review the documents so that it can meaningfully respond to the specific allegations in Plaintiff's Complaint.

  Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including September 24, 2018. This is the

first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 15th day of August, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Jason G. Revzin*
Jason G. Revzin
Nevada Bar No. 8629
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Jason.Revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

**LAW OFFICE OF MITCHELL D. GLINER**

*/s/ Mitchell D. Gliner*
Mitchell D. Gliner
inbox@glinerlaw.com
3017 W Charleston Blvd, Suite 95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
*Counsel for Plaintiff*

## ORDER

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is September 24, 2018 is so ORDERED AND ADJUDGED.

Dated this __17__ day of __August__, 2018.

_____
**UNITED STATES MAGISTRATE JUDGE**