Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

AGUSTIN GALICIA II )
)
Plaintiff, )
)
) Case No. 2:18-cv-01392-RFB-CWH
vs. )
)
TRANS UNION LLC )
)
Defendant. )
)

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

MITCHELL D. GLINER, ESQ.           LEWIS BRISBOIS BISGAARD & SMITH LLP

_____    _____
MITCHELL D. GLINER, ESQ.           JASON G. REVZIN, ESQ.
Nevada Bar No. 003419              Nevada Bar No. 008629
3017 W. Charleston Blvd. # 95      6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89102            Las Vegas, NV 89118
Attorney for Plaintiff             Counsel for Defendant Trans Union LLC

IT IS SO ORDERED this 14th day of November 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge